No. 04-1281. GRABACH ET UX. *v.* LARSSON FAMILY TRUST ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 04-1284. GLOBAL NAPS, INC. *v.* VERIZON NEW ENGLAND, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 04-1288. NGOC NU TRINH *v.* MEDTRONIC, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 04-1293. LUALLEN *v.* GUILFORD HEALTH CARE CENTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 04-1298. UNITEDHEALTH GROUP, INC., FKA UNITED HEALTHCARE CORP., ET AL. *v.* KLAY ET AL. C. A. 11th Cir. Certiorari denied.

No. 04-1305. BALDADO *v.* HAWAII MANAGEMENT ALLIANCE ASSN. Sup. Ct. Haw. Certiorari denied.

No. 04-1309. SIBLEY *v.* RAMIREZ ET AL. C. A. 11th Cir. Certiorari denied.

No. 04-1310. CONWAY *v.* NUSBAUM, TRUSTEE FOR NUSBAUM. C. A. 6th Cir. Certiorari denied.

No. 04-1326. JAFFE *v.* LANDESS. Sup. Ct. Va. Certiorari denied.

No. 04-1348. ROYAL *v.* REID. C. A. 8th Cir. Certiorari denied.

No. 04-1355. STANTON *v.* DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 04-1356. CYRUS *v.* DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 04-1386. WOOLF *v.* MARY KAY INC. Ct. App. Tex., 5th Dist. Certiorari denied.